Patrick v. Fletcher.

## Patrick, et al. v. Fletcher, et al.

(Decided October 9, 1912.)

### Appeal from Magoffin Circuit Court.

Appeal—When Cross Appeal Will Not Be Granted.—A cross appeal cannot be granted after the original appeal has been finally determined.

N. P. HOWARD for appellants.

BYRD & HOWARD for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— On Motion to Grant Cross Appeal.

A cross appeal can be granted only in a pending appeal. It cannot be granted after the original appeal has been heard and finally determined. Section 755 of the Code provides:

"The appellee may obtain a cross appeal at any time before the trial by an entry on the records of the Court of Appeals." See Covington Short Route Transfer Co. v. Piel, 9 R., 665.

In McKoy v. Mayes, 17 R., 827, and Wickliffe v. Buckman, 12 B. M., 424, an original appeal was taken not a cross appeal.

Motion overruled.